IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARENCE ADAMS, AIS #164805, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:10-CV-857-TMH ) [WO] ) |
| JUDGE L. B. SMITHHART, *et al.*, | ) ) |
| Defendants. | ) |

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #20) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted.

Accordingly, it is ORDERED that:

1. The Recommendation (Doc. #20) of the Magistrate Judge is ADOPTED;

2. The defendants' motion for summary judgment is GRANTED;

3. Judgment is GRANTED in favor of the defendants;

4. This case is dismissed with prejudice; and

5. The costs of this proceeding will be taxed against the plaintiff.

A separate judgment shall issue.

Done this 6th day of September, 2011.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE