IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLARENCE ADAMS,<br>AIS #164805, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:10-CV-857-TMH |
| | ) | [WO] |
| | ) | |
| JUDGE L. B. SMITHHART, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the prior proceedings, opinions and orders of the Court,
it is

ORDERED and ADJUDGED that judgment is entered in favor of
Defendants.

The clerk of the court is directed to enter this document on the civil docket
as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 6th  day of September, 2011.


/s/ Truman M. Hobbs
_____
UNITED STATES DISTRICT JUDGE